CEM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7004**

In the Matter of                                                    Case Number:

RENITA WHITE v. JANE ADDAMS HULL HOUSE ASSOCIATION; JOYCE VIGLIONE; AND MISCHELLE CAUSEY-DRAKE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Renita White, Plaintiff

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

| |
|---|
| NAME (Type or print) <br> Eric J. Marler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Eric J. Marler |
| FIRM <br> Reardon Golinkin & Reed |
| STREET ADDRESS <br> 111 W. Washington Street, Suite 707 |
| CITY/STATE/ZIP <br> Chicago, IL 60602-3439 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276648 | TELEPHONE NUMBER <br> 312-855-1066 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |