**CEM**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7004**

In the Matter of                                    Case Number:

RENITA WHITE v. JANE ADDAMS HULL HOUSE ASSOCIATION; JOYCE VIGLIONE; AND MISCHELLE CAUSEY-DRAKE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Renita White, Plaintiff

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |
| --- |
| Scott G. Golinkin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Scott G. Golinkin |
| FIRM |
| Reardon Golinkin & Reed |
| STREET ADDRESS |
| 111 W. Washington Street, Suite 707 |
| CITY/STATE/ZIP |
| Chicago, IL 60602-3439 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6188076 | 312-855-1044 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐