**CEM**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

**FILED
DECEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7004**

| In the Matter of | Case Number: |
|---|---|
| RENITA WHITE v. JANE ADDAMS HULL HOUSE ASSOCIATION; JOYCE VIGLIONE; AND MISCHELLE CAUSEY-DRAKE | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Renita White, Plaintiff

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |
|---|
| Keith W. Mandell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Keith W. Mandell |

| FIRM |
|---|
| Reardon Golinkin & Reed |

| STREET ADDRESS |
|---|
| 111 W. Washington Street, Suite 707 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602-3439 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270207 | 312-855-0309 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |