## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Renita White

                    Plaintiff,

v.                                Case No.: 1:07–cv–07004
                                            Honorable Joan B. Gottschall

Jane Addams Hull House Association, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 2/13/2008. Defendant to answer or otherwise plead on or before 2/19/2008. Rule 26(A)(1) disclosures shall be exchanged by 3/11/2008. This case is referred to Magistrate Judge Valdez for settlement conference and discovery supervision. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.