**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Renita White

                                        Plaintiff,

v.                                                      Case No.: 1:07–cv–07004
                                                               Honorable Joan B. Gottschall

Jane Addams Hull House Association, et al.

                                        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference.(rj, )Mailed notice.


Dated: February 13, 2008

                                                                     /s/ Joan B. Gottschall

                                                                     United States District Judge