IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RENITA WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-cv-07004 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| JANE ADDAMS HULL HOUSE ASSOCIATION, JOYCE VIGLIONE, and MISCHELLE CAUSEY-DRAKE, | ) ) ) | Magistrate Judge Valdez **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

NOW COME plaintiff RENITA WHITE ("Plaintiff") and defendants JANE ADDAMS HULL HOUSE ASSOCIATION, JOYCE VIGLIONE and MISCHELLE CAUSEY-DRAKE ("Defendants"), by their respective counsel, to provide their joint initial status report.

## NATURE OF THE CASE AND RELIEF SOUGHT

**Plaintiff's Allegations:** On September 28, 2007, following Plaintiff's return from an approved medical leave, Defendants terminated her employment. Plaintiff alleges that Defendants' refusal to reinstate her to her job or place her in an "equivalent" position (as defined by 29 C.F.R. § 825.215) violates the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*. Plaintiff contends that Defendants' stated reasons for their termination decision are false and a pretext for their unlawful conduct. Plaintiff also asserts that Defendants failed to pay her the amounts owed her under the Illinois Wage Payment and Collection Act, 815 ILCS 115/1 *et seq*. As relief, Plaintiff seeks reinstatement; back pay; an accounting of all activity taken with respect to her Paid Time Off ("PTO") and FMLA banks from July 1 to September 28, 2007;

monetary damages representing the value of any PTO and FMLA bank time wrongfully used or withheld by Defendants; liquidated damages; appropriate pre-judgment and post-judgment interest, costs, expenses and attorney's fees; and any other relief the Court deems appropriate.

Plaintiff's recent Rule 26(a)(1)(A) disclosures estimate her monetary damages as follows:

| Element of Damages | Amount |
|---|---|
| Lost wages | $ 5,611.44 |
| Unpaid balance of accrued, but unused, PTO and FMLA banks | $ 16,427.90 |
| Out-of-pocket medical expenses | $ 299.00 |
| Attorneys' fees and costs as of March 7, 2008 | $ 26,567.66 |
| Applicable interest | [TBD] |
| **Total** | $ 48,906.00 |

**Defendants' Response:** Defendants deny that Plaintiff's termination was wrongful, and assert that they had legitimate business reasons for terminating her. They also claim that they paid Plaintiff all amounts owed to her upon her termination. As affirmative defenses, Defendants state that: Plaintiff has a duty to mitigate her damages; they have the right to claim any interim earnings by Plaintiff as a set-off; because they acted in good faith, Plaintiff is not entitled to liquidated damages; the individual defendants are not "employers" for purposes of FMLA or IWPCA; and Plaintiff is not entitled to damages to the extent her claims under IWPCA fall outside the applicable statute of limitations.

## SCOPE OF REFERRAL

Judge Gottschall has referred this matter for purposes of discovery supervision and the holding of a settlement conference. See Minute Order of 02/13/08 (Dkt. #13). There are no pending motions of any type before the Court.

**STATUS OF DISCOVERY**

No discovery has occurred to date beyond the exchange of the parties' Rule 26(a)(1)(A) disclosures.  Defendant produced documents in conjunction with its Rule 26 disclosures; Plaintiff has agreed to make an equivalent production by March 31, 2008.  Both sides anticipate serving written interrogatories and document requests, and taking an as-yet undetermined number of depositions.  There are no deadlines or discovery cutoffs in effect at this time.

**STATUS OF SETTLEMENT NEGOTIATIONS**

Although the parties have spoken generally on the subject, no formal settlement talks have yet occurred.  The parties jointly request that a settlement conference be held at the Court's earliest convenience.

**CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE**

The parties do not currently consent to a trial before a magistrate judge.

Dated: March 26, 2008                          Respectfully submitted,

                                               RENITA WHITE


                                               By:     /s/ Eric J. Marler
                                                       One of Her Attorneys

Eric J. Marler (IL Bar No. 6276648)
Scott G. Golinkin (IL Bar No. 6188076)
Keith W. Mandell (IL Bar No. 6270207)
REARDON GOLINKIN & REED
111 West Washington Street
Suite 707
Chicago, Illinois  60602
Phone:       (312) 855-3700
Fax:         (312) 855-1089
E-mail:      emarler@rgrlaw.com

*Attorneys for Plaintiff*

>Respectfully submitted,
>
>JANE ADDAMS HULL HOUSE ASSOCIATION, JOYCE VIGLIONE, and MISCHELLE CAUSEY-DRAKE
>
>By:     /s/ Devlin J. Schoop
>         One of Their Attorneys

Devlin J. Schoop (IL Bar No. 6243835)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
Phone:      (312) 467-9800
Fax:        (312) 467-9479
E-mail:     dschoop@lanermuchin.com

*Attorneys for Defendants*

O:\White\Pleadings\Initial Status Report.wpd