**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Renita White

                      Plaintiff,

v.                                    Case No.: 1:07–cv–07004
                                          Honorable Joan B. Gottschall

Jane Addams Hull House Association, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Maria Valdez:Magistrate Judge Status hearing held on 4/1/2008. Court inquire about settlement conference in open court. Parties are directed to meet and confer and jointly contact Yolanda Pagan at 312/408–4135 no later than 4/8/08 with agreeable dates for settlement conference. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.