**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Renita White

                                 Plaintiff,

v.                                                    Case No.: 1:07–cv–07004
                                                       Honorable Joan B. Gottschall

Jane Addams Hull House Association, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

     MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 5/16/2008. Parties unable to reach settlement at this time. Parties are to meet and confer and file a discovery schedule with the Court by 5/23/08. Status hearing set for 5/29/2008 at 09:30 AM.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.