IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENITA WHITE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 07 C 7004 |
| | ) |
| JANE ADDAMS HULL HOUSE | ) JUDGE GOTTSCHALL |
| ASSOCIATION, JOYCE VIGLIONE, and | ) MAGISTRATE JUDGE VALDEZ |
| MISCHELLE CAUSEY-DRAKE, | ) |
| | ) |
| Defendants. | ) |

**PROPOSED RULE 16(b) SCHEDULING ORDER**

Pursuant to the May 16, 2008 Order entered by the Hon. Maria Valdez, Plaintiff, Renita White and Defendants Jane Addams Hull House Association, Joyce Viglione and Mischelle Causey-Drake, by and through their respective counsel, submit the following Proposed Scheduling Order pursuant to the Standing Order of the Hon. Maria Valdez:

1. **Discovery**

The following time limits and deadlines shall be applicable:

A. All disclosures required by Rule 26(a)(1) have been made by all parties.

B. Any amendment to pleadings or actions to join other parties shall be filed on or before September 30, 2008.

C. The cutoff of fact discovery is November 30, 2008.

D. A status conference for the purpose of addressing the need of expert discovery shall be convened on October 23, 2008. Plaintiff shall designate her intent to pursue expert discovery pursuant to Rule 26(a)(2) during or before the October 23, 2008 status conference.

Defendants reserve their right to designate rebuttal experts according to any schedule set by the court during the October 23, 2008 status conference.

**2.      Motions**

A.      No dispositive motion cut-off can be set because it exceeds the scope of the referral entered by Judge Gottschall, and the parties have not consented to the jurisdiction of the magistrate judge.

B.      The parties request that the schedule for *Daubert* motions, if any, be set at the October 23, 2008 status conference.

**3.      Final Pretrial Order and Conference**

No Final Pretrial Order and Conference deadline can be set because it exceeds the scope of the referral entered by Judge Gottschall, and the parties have not consented to the jurisdiction of the magistrate judge.

**4.      Trial**

No trial date can be set because it exceeds the scope of the referral entered by Judge Gottschall, and the parties have not consented to the jurisdiction of the magistrate judge.

**5.      Status Hearing**

A further status hearing on the progress of discovery shall be convened on August 28, 2008.

Entered:


Dated:_____                         _____
                                           Hon. Maria Valdez
                                           United States Magistrate Judge