IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RENITA WHITE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) 07 C 7004 ) |
| **JANE ADDAMS HULL HOUSE ASSOCIATION, JOYCE VIGLIONE, and MISCHELLE CAUSEY-DRAKE,** | ) JUDGE GOTTSCHALL ) MAGISTRATE JUDGE VALDEZ ) ) |
| **Defendants.** | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE**, that on May 23, 2008, pursuant to the May 16, 2008 Order entered by the Hon. Maria Valdez, I electronically filed the **Proposed Rule 16(b) Scheduling Order** with the United States District Court for the Northern District of Illinois, Eastern Division, in the above-captioned matter.

Dated: May 23, 2008

                                                      Respectfully submitted,

                                                      s/Devlin J. Schoop
                                                      Devlin J. Schoop
                                                      One of the Attorneys for Defendants

Devlin J. Schoop (06243835)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

  Devlin J. Schoop, an attorney, hereby certifies that he caused the foregoing in the above-captioned matter to be filed with the Clerk of the District Court, with courtesy copies delivered to the Chambers of the Honorable Maria Valdez, and served on the parties of record listed below, by operation of the Court's CM/ECF electronic filing system, on this 23rd day of May, 2008, addressed to:

    Eric J. Marler
    Scott G. Golinkin
    Keith W. Mandell
    Reardon Golinkin & Reed
    111 West Washington Street – Suite 707
    Chicago, IL  60602


    <u>s/ Devlin J. Schoop</u>
    Devlin J. Schoop