IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENITA WHITE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 07 C 7004 |
| | ) |
| JANE ADDAMS HULL HOUSE | ) JUDGE GOTTSCHALL |
| ASSOCIATION, JOYCE VIGLIONE, and | ) MAGISTRATE JUDGE VALDEZ |
| MISCHELLE CAUSEY-DRAKE, | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant, Jane Addams Hull House Association ("Hull House"), by and through its attorneys, herein moves for entry of a proposed Agreed Protective Order. In support of this Motion, Defendant states as follows:

1. It is anticipated that discovery in this case will include the production of certain tax, financial, personnel, and medical information concerning witnesses in this case. Such information is considered confidential based on multiple legal grounds.

2. Counsel for the parties have agreed to a proposed Agreed Protective Order a copy of which is attached hereto as Exhibit A.

3. The Defendant requests that the Court enter the proposed Agreed Protective Order to help ensure the integrity and confidentiality of the documents that have been produced.

4. The proposed Agreed Protective Order complies with this Court's Standing Order governing the use of protective orders and the filing of documents under seal which follows the principles set forth by *Cincinnati First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999) and its Seventh Circuit progeny.

Dated: May 23, 2008                                JANE ADDAMS HULL HOUSE ASSOCIATION, JOYCE VIGLIONE, and MISCHELLE CAUSEY-DRAKE


By:   /s/ Devlin J. Schoop
       One of Their Attorneys

Devlin J. Schoop (06243835)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

Devlin J. Schoop, an attorney, hereby certifies that he caused the **Agreed Motion for Entry of Agreed Protective Order** to be served on the attorney of record listed below, via electronic mail and by placing same in the U.S. mail located at 515 North State Street, Chicago, Illinois 60610, postage prepaid, before the hour of 4:00 p.m. on this 19th day of May, 2008, addressed to

> Eric J. Marler
> Scott G. Golinkin
> Keith W. Mandell
> Reardon Golinkin & Reed
> 111 West Washington Street – Suite 707
> Chicago, IL  60602

> /s/ Devlin J. Schoop
> Devlin J. Schoop