IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENITA WHITE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 07 C 7004 |
| ) | |
| JANE ADDAMS HULL HOUSE ) | JUDGE GOTTSCHALL |
| ASSOCIATION, JOYCE VIGLIONE, and ) | MAGISTRATE JUDGE VALDEZ |
| MISCHELLE CAUSEY-DRAKE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:    Eric Marler
       Reardon, Golinkin & Reed
       111 W. Washington Street
       Suite 707
       Chicago, IL 60602

PLEASE TAKE NOTICE that on **May 29, 2006** at **9:30 a.m.**, we shall appear before the Hon. Maria Valdez in Courtroom 1300 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the attached **Agreed Motion for Entry of Agreed Protective Order.**

Dated:  May 23, 2008                          Respectfully submitted,

                                              JANE ADDAMS HULL HOUSE
                                              ASSOCIATOIN, JOYCE VIGLIONE, and
                                              MISCHELLE CAUSEY-DRAKE

Devlin J. Schoop (06243835)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.                    By:  /s/Devlin J. Schoop_____
515 North State Street, Suite 2800                 Devlin J. Schoop
Chicago, Illinois 60610                            One of Their Attorneys
(312) 467-9800/(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

Devlin J. Schoop, an attorney, hereby certifies that he caused the **Notice of Motion and Agreed Motion for Entry of Agreed Protective Order** to be served on the attorney of record listed below, by operation of the court's electronic filing system, with a courtesy copy delivered to the Chambers of the Hon. Maria Valdez:

> Eric J. Marler
> Scott G. Golinkin
> Keith W. Mandell
> Reardon Golinkin & Reed
> 111 West Washington Street – Suite 707
> Chicago, IL  60602

> /s/ Devlin J. Schoop
> Devlin J. Schoop