IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RENITA WHITE,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JANE ADDAMS HULL HOUSE** )<br>**ASSOCIATION, JOYCE VIGLIONE, and** )<br>**MISCHELLE CAUSEY-DRAKE,** )<br>)<br>**Defendants.** ) | 07 C 7004<br><br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE VALDEZ |

## NOTICE OF MOTION

TO:   Eric Marler
       Reardon, Golinkin & Reed
       111 W. Washington Street
       Suite 707
       Chicago, IL 60602

PLEASE TAKE NOTICE that on **May 29, 2006** at **9:30 a.m.**, we shall appear before the Hon. Maria Valdez in Courtroom 1300 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the attached **Agreed Motion for Entry of Agreed Protective Order.**

Dated:  May 23, 2008                                    Respectfully submitted,

                                                                         JANE ADDAMS HULL HOUSE
                                                                         ASSOCIATOIN, JOYCE VIGLIONE, and
                                                                         MISCHELLE CAUSEY-DRAKE

Devlin J. Schoop (06243835)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.                         By:  /s/Devlin J. Schoop_____
515 North State Street, Suite 2800                      Devlin J. Schoop
Chicago, Illinois 60610                                         One of Their Attorneys
(312) 467-9800/(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

     Devlin J. Schoop, an attorney, hereby certifies that he caused the **Notice of Motion and Agreed Motion for Entry of Agreed Protective Order** to be served on the attorney of record listed below, by operation of the court's electronic filing system, with a courtesy copy delivered to the Chambers of the Hon. Maria Valdez:

          Eric J. Marler
          Scott G. Golinkin
          Keith W. Mandell
          Reardon Golinkin & Reed
          111 West Washington Street – Suite 707
          Chicago, IL  60602


          /s/ Devlin J. Schoop
          Devlin J. Schoop