**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Renita White

                                               Plaintiff,

v.                                                       Case No.: 1:07−cv−07004
                                                           Honorable Joan B. Gottschall

Jane Addams Hull House Association, et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge Status hearing held on 5/29/08. Court adopts parties agreed discovery schedule as follows: Any amendment to pleadings or actions to join other parties shall be filed on or before 9/30/08. The cutoff of fact discovery is 11/30/08. Status hearing continued to 8/28/08 at 9:30 a.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.