UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Renita White

                Plaintiff,

v.                               Case No.: 1:07–cv–07004
                                           Honorable Joan B. Gottschall

Jane Addams Hull House Association, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 9/3/2008. Court inquire about settlement in open court. Parties shall meet and confer on agreeable dates for settlement conference and contact Yolanda Pagan at 312/408–5135 by 9/10/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.